UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RUBIE D. CARDWELL, et al., ) | Case No. 1:18 CV 44 |
| ) | |
| ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| M & Y CARE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

Counsel has notified the Court that the above captioned case is settled and dismissed with prejudice. Parties may file additional documentation to support the settlement.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                         __/s/DONALD C. NUGENT__
                                         DONALD C. NUGENT
                                         United States District Judge

DATE: __March 7, 2018_